ROBERTUS F. TROY, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Woodward and H. T. Kellogg, JJ., dissenting, on the ground that the verdict is against the weight of evidence.

ADELBERT D. TRAVIS, Respondent, v. HARRY R. GULICK and CARRIE GULICK, Appellants.— Judgment and order reversed, on the ground that the verdict is excessive, and new trial granted, with costs to appellants to abide the event, unless the plaintiff stipulates to reduce the verdict to $500, in which case the judgment is so modified and, as modified, judgment and order affirmed, without costs. All concur.

ARTHUR H. CANAVAN, Plaintiff, v. CITY OF MECHANICVILLE, Defendant. — Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: " Do the allegations set forth in that portion of the plaintiff's complaint designated as a separate and second cause of action state facts sufficient to constitute a cause of action?"

COHOES IRON FOUNDRY AND MACHINE COMPANY, Appellant, v. JAMES E. GLAVIN, Respondent.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM SHAMBEAU, Respondent, for Compensation under the Workmen's Compensation Law, v. ROBESON PROCESS COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BENJAMIN LORCHITSKY, for Himself, Respondent, v. GOTHAM FOLDING BOX COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of OSCAR VOGEL, Respondent, for Compensation under the Workmen's Compensation Law, v. AMERICAN CHICLE COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of IDA KOWALEK and ESTHER GOTTESFELD, Respondents, for Compensation under the Workmen's Compensation Law, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Employer and Self-Insurer, Appellant. — Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MORRIS ALTERMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. A. I. NAMM & SON, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.